HENRY L. KIM*
CELINA M. CHO**
JOSHUA S. LIM*
KENDAL SIM*
SEOKCHAN (SEAN) KWAK*
NICHOLAS DUBOIS*
PETER MELAMED*

*  Admitted in NJ & NY
** Admitted in AZ only

# KIM, CHO & LIM, LLC
Attorneys at Law

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400   F: 201.585.7422

NY Office:
163-10 Northern Blvd.
Suite 202
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

Reply to NJ Address only

September 14, 2018

Via ECF only
United States District Court
Southern District of New York
ATTN: HON. ALISON J. NATHAN, U.S.D.J.
40 Foley Square, Courtroom 906
New York, New York 10007

      RE:  JI MEI JIN v. NATURAL TOFU RESTAURANT CORP. et al.
      CASE NO.: 1:17-cv-07302-AJN

Dear Judge Nathan:

    As Your Honor may recall, this firm represents the Plaintiff in the above referenced matter. As per Your Honor's directive of September 5, 2018, the undersigned hereby provides Your Honor with an update regarding the status.

    As Your Honor is aware, Ms. Diane Lee, counsel for the Defendants, having engaged in settlement discussions for a few weeks, abruptly filed a motion to withdraw as counsel—which application is still pending. Then, yesterday our office was contacted by another counsel, Mr. John C. Kim based in Brooklyn, who advised that he may succeed Ms. Lee in representation in this matter. Mr. Kim then suggested that the parties continue the settlement discussion, if possible, with the assistance of a Magistrate Judge on the condition that all litigants with their respective counsel appear in Court. We concur with the counsel's suggestion.

    For the foregoing reasons, subject to Your Honor's approval, the parties hereby respectfully make a joint request that the matter be mediated by a Magistrate Judge.

                        Respectfully submitted,

                        */s/ Joshua Lim*

                        Joshua S. Lim Esq.

JSL/jp