UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Ji Mei Jin,

    Plaintiff,

   —v—

Natural Tofu Restaurant Corp., et al.,

    Defendants.

17-cv-7302 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 11, 2018, the Court received an application from Diane H. Lee requesting to be relieved as attorney of record for Defendants Patty Koo, Natural Tofu Restaurant Corp., Man Suh Koo, and Myong Ja Koo by order of the Court. Based on Ms. Lee's application, she is relieved as attorney of record for all Defendants in this matter.

On September 14, 2018, Plaintiff informed the Court via letter that he had been contacted by Mr. John C. Kim, who advised that he may succeed Ms. Lee in representing Defendants. *See* Dkt. No. 54. Plaintiff requests referral to a United States Magistrate Judge for settlement on behalf of himself and Defendants, through Mr. Kim. *Id.* However, Mr. Kim has not filed a notice of appearance in this case. If he represents the Defendants in the above-referenced case, Mr. Kim shall file a notice of appearance with the Court on or before October 5, 2018, and shall indicate at that time whether the parties seek referral to a Magistrate Judge. Alternatively, individual Defendants may file *pro se* notices of appearance by that date. Defendant Natural Tofu Restaurant Corp. should be aware that corporations must be represented by counsel. *See, e.g.*, *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007).

Outgoing counsel is ordered to serve a copy of this order on Defendants on or before October 1, 2018 and file an affidavit of service on the docket.

SO ORDERED.

Dated: September ____, 2018
New York, New York

ALISON J. NATHAN
United States District Judge