USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

J1 MEI JIN, individually and on behalf of similarly situated individuals,

                                      Plaintiff,

-against-

NATURAL TOFU RESTAURANT CORP. d/b/a SEOUL GARDEN RESTAURANT, et al.,

                                     Defendants.

17 CIVIL 7302 (BCM)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 20, 2019, in light of defendants' failure to comply with the terms of the parties' Settlement Agreement, the Affidavits in Support of Confession of Judgment signed by the three individual Defendants, the lack of opposition from defendants, and for good cause shown, plaintiffs motion is granted; Judgment is entered in favor of plaintiff Jin Mei Jin in the amount of $65,223.37 against defendants Natural Tofu Restaurant Corp. d/b/a Seoul Garden Restaurant, ~~Patrick~~ **Patricia** Koo, Myong Ja Koo, and Man Suh Koo, jointly and severally; Judgment is entered in favor of plaintiff's counsel, Kim. Cho and LIM, LLC in the total amount of $37,829.22 ($34,776.63 plus $3,052.59), against defendants Natural Tofu Restaurant Corp. d/b/a Seoul Garden Restaurant, ~~Patrick~~ **Patricia** Koo, Myong Ja Koo, and Man Suh Koo, jointly and severally.

Dated: New York, New York
       January 2, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/2/2020